IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30562
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

WENDY R. WILSON,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CR-20041
- - - - - - - - - -
December 31, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

    Wendy R. Wilson appeals the district court's affirmance of
her conviction for possession of marijuana by a magistrate judge.
Wilson contends that the district court erred in reversing the
magistrate judge's decision granting her motion to suppress
evidence.  We find no reversible error.  See Michigan Dep't of
State Police v. Sitz, 496 U.S. 543 (1976); United States v.
Seals, 987 F.2d 1102, 1106 (5th Cir.), cert. denied, 510 U.S. 853
(1993).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

AFFIRMED.